# Schedule A

| No. | Online Marketplaces | Defendant Name/Alias | Merchant ID | Product ID |
|---|---|---|---|---|
| 1 | Alibaba | Tianjin Commonda International Trade Co., Ltd. | commonda | 1600210393496 |
| 1 | Alibaba | Tianjin Commonda International Trade Co., Ltd. | commonda | 1600210717300 |
| 1 | Alibaba | Tianjin Commonda International Trade Co., Ltd. | commonda | 1600210610811 |
| 1 | Alibaba | Tianjin Commonda International Trade Co., Ltd. | commonda | 1600210672694 |
| 2 | Alibaba | Ningbo GiftHub Co.,Ltd | gifthub | 1600226349805 |
| 2 | Alibaba | Ningbo GiftHub Co.,Ltd | gifthub | 1600239599479 |
| 2 | Alibaba | Ningbo GiftHub Co.,Ltd | gifthub | 1600229690384 |
| 3 | Alibaba | Yiwu Guangmao Electronic Commerce Co., Ltd. | guangmao666 | 1600220630093 |
| 4 | Alibaba | Henan Superfit Technology Co., Ltd. | hnsuperfit | 1600230490389 |
| 5 | Alibaba | Xiamen Jalo Ceramic Co., Ltd. | jaloceramic | 62409547400 |
| 6 | Alibaba | Quanzhou Dehua Pinsheng Trading Co., Ltd. | psarts | 1600090131685 |
| 7 | Alibaba | Chengdu Youyin Chuangyi Trading Co., Ltd. | uingcy | 1600171596384 |
| 8 | Alibaba | Yuyao Yanzhen Metal Technology Company Limited | yanzhenmetal | 1600300382697 |
| 8 | Alibaba | Yuyao Yanzhen Metal Technology Company Limited | yanzhenmetal | 1600310128817 |
| 8 | Alibaba | Yuyao Yanzhen Metal Technology Company Limited | yanzhenmetal | 1600269469469 |
| 9 | Aliexpress | StashDog Store | 208034 | 1005001556513151 |
| 10 | Aliexpress | TAONMEISU Store | 1797792 | 1005002996522789 |
| 11 | Aliexpress | AIHOME Direct Store | 1855161 | 1005002428089924 |
| 12 | Aliexpress | Global Homo Store | 2191127 | 1005003038974380 |

| | | | | |
|---|---|---|---|---|
| 13 | Aliexpress | funny home decor Store | 2474003 | 1005003224634931 |
| 14 | Aliexpress | Good Lifestyle Store | 2496049 | 1005002418177398 |
| 15 | Aliexpress | Pets World Store | 2655198 | 1005002526879645 |
| 16 | Aliexpress | Beile baby Store | 2657045 | 1005003188993357 |
| 17 | Aliexpress | Howl's Moving Tools Store | 2658215 | 1005002401908251 |
| 18 | Aliexpress | YANGZHENG Store | 2660176 | 1005002553122918 |
| 19 | Aliexpress | decoration and furnishing Store | 2660221 | 1005002603692022 |
| 20 | Aliexpress | Fashionable Healthy Life Store | 2670229 | 1005002523049756 |
| 21 | Aliexpress | boomshakalak Store | 2674188 | 1005002944991804 |
| 22 | Aliexpress | 365 Decoration Store | 2677181 | 1005003026049280 |
| 23 | Aliexpress | Homartisan Direct Store | 2840001 | 1005002413438597 |
| 24 | Aliexpress | Sixth Life's Store | 2881177 | 1005002650647714 |
| 25 | Aliexpress | Illuminate your beautiful Store | 2950060 | 1005003219636832 |
| 26 | Aliexpress | HUAN JUN SHI LedLights Store Store | 3099060 | 1005003167222695 |
| 27 | Aliexpress | Mobile phone accessories666 Store | 3253057 | 1005002733626954 |
| 27 | Aliexpress | Mobile phone accessories666 Store | 3253057 | 1005002733724135 |
| 28 | Aliexpress | let'skeeping Store | 3391009 | 1005002945666281 |
| 29 | Aliexpress | Shop3501007 Store | 3501007 | 1005003199043665 |
| 30 | Aliexpress | D-Repair Store | 3720006 | 1005002656733597 |
| 30 | Aliexpress | D-Repair Store | 3720006 | 1005002656730577 |
| 31 | Aliexpress | Cutee Zone Store | 4192001 | 1005003188973496 |
| 32 | Aliexpress | Homes Decor Store | 4196007 | 1005002527032210 |
| 33 | Aliexpress | Your Beautiful House Store | 4209015 | 1005002467441263 |
| 34 | Aliexpress | Pro Traveler Outdoor Store | 4384104 | 1005002939043529 |
| 35 | Aliexpress | Rodaful Tools Store | 4404032 | 1005002696833032 |
| 36 | Aliexpress | Golden Life Store Store | 4418178 | 1005002844202236 |
| 37 | Aliexpress | Dreaming Stars House Store | 4419135 | 1005002411892772 |
| 38 | Aliexpress | ToParty Life Store | 4425079 | 1005002603082154 |
| 39 | Aliexpress | Friendly Life Store | 4427048 | 1005002944974982 |
| 40 | Aliexpress | Comfort Villa Store | 4435002 | 1005002882625289 |
| 41 | Aliexpress | Shop4470060 Store | 4470060 | 1005002798818667 |
| 42 | Aliexpress | Daily Grocery Store | 4496040 | 1005002836571749 |
| 43 | Aliexpress | TT Pink Life Store | 4501005 | 1005002476569138 |
| 44 | Aliexpress | Give Me 5 Store | 4507037 | 1005002526590086 |
| 45 | Aliexpress | Te-a-mo Store | 4510060 | 1005002945085160 |

| | | | | |
|---|---|---|---|---|
| 46 | Aliexpress | For Lovlife Store | 4581014 | 1005002413480201 |
| 47 | Aliexpress | Positive Life Store | 4630005 | 1005002418102945 |
| 48 | Aliexpress | BJT-48 Store | 4640051 | 1005003056706529 |
| 49 | Aliexpress | Sportwear Dropshipping Store | 4795017 | 1005002919406996 |
| 50 | Aliexpress | FUZHUANG DIAN Store | 4800210 | 1005003205396072 |
| 51 | Aliexpress | Trump 's Store | 4922120 | 1005002666912130 |
| 52 | Aliexpress | Beautiful Kitchen Store | 4927052 | 1005002468968696 |
| 53 | Aliexpress | Tenth life's store Store | 4968108 | 1005002657558036 |
| 54 | Aliexpress | pets groceries Store | 4978064 | 1005002760264903 |
| 55 | Aliexpress | Daydreaming Store Store | 4979081 | 1005002548245281 |
| 56 | Aliexpress | Varied Make-up Store | 4985041 | 1005002798392436 |
| 56 | Aliexpress | Varied Make-up Store | 4985041 | 1005002798432246 |
| 57 | Aliexpress | Fireflies Store | 4996025 | 1005002716676333 |
| 58 | Aliexpress | House Life ncfd Store | 4997223 | 1005002636675879 |
| 59 | Aliexpress | Cosy Zone Store | 5003471 | 1005003193809113 |
| 60 | Aliexpress | Garden Home7 Store | 5008071 | 1005002571640518 |
| 61 | Aliexpress | Different life - Store | 5019179 | 1005002652275907 |
| 62 | Aliexpress | Meow lair Store | 5031171 | 1005003189023280 |
| 63 | Aliexpress | Indoor Outdoor Supplies Drop ship Store | 5046044 | 1005003193751496 |
| 64 | Aliexpress | DropShipping To Whole World Store | 5050196 | 1005002425694570 |
| 65 | Aliexpress | Simpler life Store | 5051309 | 1005002657193606 |
| 65 | Aliexpress | Simpler life Store | 5051309 | 1005002657134995 |
| 66 | Aliexpress | Ur Golden Life Store | 5054216 | 1005002662135534 |
| 67 | Aliexpress | Shop5055046 Store | 5055046 | 1005002678118510 |
| 68 | Aliexpress | Brilliant Outdoor Store | 5069061 | 1005002945565871 |
| 69 | Aliexpress | Unique Pyrotechnic Store | 5078238 | 1005002636881642 |
| 69 | Aliexpress | Unique Pyrotechnic Store | 5078238 | 1005002636847814 |
| 70 | Aliexpress | Y 5084044 Store | 5084044 | 1005002878249781 |
| 71 | Aliexpress | Shop5085168 Store | 5085168 | 1005002756794882 |
| 72 | Aliexpress | Pandada Store | 5112001 | 1005003017593597 |
| 73 | Aliexpress | Romantic Life-99 Store | 5114001 | 1005002652270698 |
| 74 | Aliexpress | Cost-effective-home Store | 5116086 | 1005002580479497 |
| 75 | Aliexpress | HSPG Store | 5241104 | 1005002836326660 |
| 76 | Aliexpress | Wind Chaser Fun Store | 5258031 | 1005003163326809 |
| 77 | Aliexpress | Shop5368002 Store | 5368002 | 1005003040614552 |
| 78 | Aliexpress | Fashionable Supermarket life Store | 5369183 | 1005003087397585 |
| 79 | Aliexpress | Happiness Life Store Store | 5375237 | 1005002649013805 |

| | | | | |
|---|---|---|---|---|
| 79 | Aliexpress | Happiness Life Store Store | 5375237 | 1005002649097128 |
| 80 | Aliexpress | Colorful life-99 Store | 5381228 | 1005002651672440 |
| 81 | Aliexpress | Xuan heavy hammer Store | 5430020 | 1005002953311089 |
| 82 | Aliexpress | Romantic Imagine Life Store | 5434110 | 1005002650240839 |
| 83 | Aliexpress | Shop5440035 Store | 5440035 | 1005002425770035 |
| 84 | Aliexpress | AT Life Store | 5440076 | 1005003038874952 |
| 85 | Aliexpress | Mr. Coffey Store | 5476132 | 1005002652368216 |
| 85 | Aliexpress | Mr. Coffey Store | 5476132 | 1005002652275905 |
| 86 | Aliexpress | Green Boutique Store | 5494068 | 1005003189017320 |
| 87 | Aliexpress | Ya-Home Store | 5534005 | 1005002636570551 |
| 88 | Aliexpress | WeiXiao + Store | 5577181 | 1005002650717742 |
| 88 | Aliexpress | WeiXiao + Store | 5577181 | 1005002650842029 |
| 89 | Aliexpress | Emperor Happiness house Store | 5593104 | 1005002650034459 |
| 90 | Aliexpress | Shop5721115 Store | 5721115 | 1005002637554211 |
| 91 | Aliexpress | LW Life Supplies Store | 5725111 | 1005002921451882 |
| 92 | Aliexpress | Wagalife Store | 5727332 | 1005002584350223 |
| 93 | Aliexpress | Solve Grocery Store | 5728098 | 1005002637883142 |
| 93 | Aliexpress | Solve Grocery Store | 5728098 | 1005002637865294 |
| 94 | Aliexpress | YENTL Life Store | 5728100 | 1005003017544165 |
| 94 | Aliexpress | YENTL Life Store | 5728100 | 1005003017511336 |
| 95 | Aliexpress | Worldwide online life Store | 5743281 | 1005003038963369 |
| 96 | Aliexpress | Worry-free life house Store | 5748140 | 1005002925419508 |
| 96 | Aliexpress | Worry-free life house Store | 5748140 | 1005002925490029 |
| 97 | Aliexpress | a drugstore with a temperature Store | 5778011 | 1005002637874300 |
| 97 | Aliexpress | a drugstore with a temperature Store | 5778011 | 1005002637874320 |
| 98 | Aliexpress | Mocha's Store | 5778935 | 1005002877240837 |
| 99 | Aliexpress | LZ house-hold items Store | 5784115 | 1005002940910451 |
| 100 | Aliexpress | Sporting Dropshipping Co., Ltd. Store | 5788835 | 1005003165587946 |
| 101 | Aliexpress | ICSY-Home Store | 5800624 | 1005002731642344 |
| 101 | Aliexpress | ICSY-Home Store | 5800624 | 1005002651676025 |
| 102 | Aliexpress | Life Shop No. 7 Store | 5874377 | 1005002657342588 |
| 103 | Aliexpress | Hefei Home-Supply Store | 5878534 | 1005002602944247 |
| 104 | Aliexpress | Imaginelivinghome Store | 5890392 | 1005002656950294 |

| | | | | |
|---|---|---|---|---|
| 105 | Aliexpress | Comfort Life Quality Store | 900239319 | 1005002650697055 |
| 105 | Aliexpress | Comfort Life Quality Store | 900239319 | 1005002650608647 |
| 106 | Aliexpress | Supermarket99 Store | 900246141 | 1005002564738287 |
| 107 | Aliexpress | Beautifully decorated Store | 910339148 | 1005002776791951 |
| 108 | Aliexpress | Romantic cottage Store | 910354116 | 1005002924285128 |
| 108 | Aliexpress | Romantic cottage Store | 910354116 | 1005002924202741 |
| 109 | Aliexpress | Unique & Favourable Life Store | 910365434 | 1005002652039198 |
| 109 | Aliexpress | Unique & Favourable Life Store | 910365434 | 1005002652050157 |
| 110 | Aliexpress | Householdware Dropshipping Store | 910449053 | 1005002658577064 |
| 111 | Aliexpress | Enthusiasm Houses Store | 910544298 | 1005002878237830 |
| 112 | Aliexpress | Go Fun Outdoor Store | 910561237 | 1005003065590204 |
| 113 | Aliexpress | F-an life Store | 910668049 | 1005002790804819 |
| 114 | Aliexpress | Future08 Life Store | 910722109 | 1005002651100070 |
| 115 | Aliexpress | Sean's House Store | 910937041 | 1005002564285517 |
| 116 | Aliexpress | Missyou Houseware Store | 910969010 | 1005002696191313 |
| 117 | Aliexpress | Yimuro Store | 910974059 | 1005002656331032 |
| 117 | Aliexpress | Yimuro Store | 910974059 | 1005002656226686 |
| 118 | Aliexpress | Nemobub Lighting & tool Store | 910993040 | 1005002419426205 |
| 119 | Aliexpress | black pink houseware Store | 911036193 | 1005002693547879 |
| 120 | Aliexpress | Accurate build your life Store | 911117071 | 1005002651094155 |
| 121 | Aliexpress | Fortune House Dropship Store | 911232145 | 1005002649187902 |
| 122 | Aliexpress | houseware supplies store Store | 911251072 | 1005002924224577 |
| 122 | Aliexpress | houseware supplies store Store | 911251072 | 1005002924263309 |
| 123 | Aliexpress | Singland Camping Store | 911252133 | 1005002836841293 |
| 124 | Aliexpress | Warming-house Store | 911292178 | 1005002599507826 |
| 125 | Aliexpress | Temps Store | 911320006 | 1005002657515339 |
| 125 | Aliexpress | Temps Store | 911320006 | 1005002657429924 |
| 126 | Aliexpress | Be_FlowHome Store | 911345022 | 1005003099975072 |
| 127 | Aliexpress | Yoki House Life Store | 911379054 | 1005002637159980 |
| 128 | Aliexpress | Homekitchen3 Store | 911406040 | 1005002589524602 |
| 128 | Aliexpress | Homekitchen3 Store | 911406040 | 1005002589485868 |
| 128 | Aliexpress | Homekitchen3 Store | 911406040 | 1005002589364208 |

| | | | | |
|---|---|---|---|---|
| 129 | Aliexpress | RunBest Life Store | 911413425 | 1005003189022258 |
| 130 | Aliexpress | Lovefishing Store | 911413511 | 1005003031674790 |
| 131 | Aliexpress | Duns Store | 911416221 | 1005002636635212 |
| 132 | Aliexpress | Longing for life Store | 911419095 | 1005002651932943 |
| 132 | Aliexpress | Longing for life Store | 911419095 | 1005002651997432 |
| 133 | Aliexpress | Gocamping Store | 911441015 | 1005003032036045 |
| 134 | Aliexpress | LifeEmbrace Store | 911560007 | 1005002599857235 |
| 134 | Aliexpress | LifeEmbrace Store | 911560007 | 1005002681270342 |
| 135 | Aliexpress | Party And Garden Store | 911613490 | 1005002665924977 |
| 136 | Aliexpress | Show Daily Life Store | 911661280 | 1005002649678955 |
| 136 | Aliexpress | Show Daily Life Store | 911661280 | 1005002649790155 |
| 136 | Aliexpress | Show Daily Life Store | 911661280 | 1005002649792157 |
| 137 | Aliexpress | New Life House Store | 911667211 | 1005002599879929 |
| 138 | Aliexpress | Yang Guang House Store | 911706317 | 1005002416372214 |
| 139 | Aliexpress | Leisurely Day Home-living Store | 911715299 | 1005002758934029 |
| 140 | Aliexpress | Colorful Homely Life Store | 911719112 | 1005002636414614 |
| 141 | Aliexpress | Interior goods grocery Store | 911719511 | 1005002649218910 |
| 142 | Aliexpress | Hut, decoration Store | 911725321 | 1005002678118501 |
| 143 | Aliexpress | Wonder Shopping Store | 911737154 | 1005003168831694 |
| 144 | Aliexpress | Your cabin you decide Store | 911749041 | 1005002678143375 |
| 145 | Aliexpress | Ordinary Life Store | 911752172 | 1005002650625596 |
| 146 | Aliexpress | Warm CoCol Store | 911760754 | 1005002618995692 |
| 147 | Aliexpress | Creativity Life Store Store | 911767393 | 1005002637453575 |
| 147 | Aliexpress | Creativity Life Store Store | 911767393 | 1005002637404734 |
| 148 | Aliexpress | Comfort Pets Store | 911769791 | 1005002702137691 |
| 149 | Aliexpress | Meijia Dropshipping Store | 911770359 | 1005002426056971 |
| 150 | Aliexpress | Global Homes Dropshipping Store | 911779703 | 1005002695743578 |
| 151 | Aliexpress | Comfort House Supplies Store | 911784403 | 1005002701884439 |
| 152 | Aliexpress | Joday Store | 911785654 | 1005002755277096 |
| 153 | Aliexpress | Nikola- Nobel Store | 911799669 | 1005002649123812 |
| 153 | Aliexpress | Nikola- Nobel Store | 911799669 | 1005002648808982 |
| 154 | Aliexpress | flymehome Store | 911809109 | 1005002545744552 |
| 155 | Aliexpress | Unusual Tribe Store | 911815100 | 1005002547616584 |
| 156 | Aliexpress | DAY House Dropshipping Store | 911826403 | 1005002695747546 |

| | | | | |
|---|---|---|---|---|
| 156 | Aliexpress | DAY House Dropshipping Store | 911826403 | 1005002998394691 |
| 157 | Aliexpress | Temperature 45 Store | 911828049 | 1005002516576790 |
| 158 | Aliexpress | Life on the cloud Store | 911830162 | 1005002708569256 |
| 159 | Aliexpress | ExquisiteKitchen Store | 911840014 | 1005002510188744 |
| 160 | Aliexpress | Iridescent Garden Store | 911840457 | 1005002530070468 |
| 161 | Aliexpress | Garden Party Supplies Dropshipping Store | 911864025 | 1005002563584827 |
| 162 | Aliexpress | ZZMMXX Store | 911870077 | 1005003188967679 |
| 163 | Aliexpress | Huntpro Outdoor Store | 911878292 | 1005002836708769 |
| 164 | Aliexpress | Cloudapex Globle House Store | 911884132 | 1005002675277272 |
| 165 | Aliexpress | MY Beautiful Life-A Store | 911910124 | 1005003124630403 |
| 166 | Aliexpress | Mustache shop Store | 911940075 | 1005002650893049 |
| 166 | Aliexpress | Mustache shop Store | 911940075 | 1005002650909779 |
| 167 | Aliexpress | Party Decor Dropshipping Store | 911940350 | 1005002608717103 |
| 168 | Aliexpress | AQS House Store | 911940852 | 1005002954575928 |
| 169 | Aliexpress | House-hold tools Store | 911941925 | 1005002791315473 |
| 170 | Aliexpress | Event Party Dropshipping Store | 911943820 | 1005002708195588 |
| 171 | Aliexpress | ZY Especial&House Store | 911943831 | 1005002857883971 |
| 172 | Aliexpress | MY Smart-Lifstyle Store | 911960061 | 1005003161400508 |
| 172 | Aliexpress | MY Smart-Lifstyle Store | 911960061 | 1005003161329988 |
| 173 | Aliexpress | AZAD Daily Living Store | 911968227 | 1005002668872501 |
| 174 | Aliexpress | Z H YYDS grocery Store | 912014481 | 1005003035842245 |
| 175 | Aliexpress | Gardening Party Decor Dropshipping Store | 912025389 | 1005002697983204 |
| 176 | Aliexpress | House Furnishing Store | 912029328 | 1005002989998480 |
| 177 | Aliexpress | Top-Outdoors Dropshipping Store | 912045038 | 1005002919475472 |
| 178 | Aliexpress | High quality life xxfe Store | 912062288 | 1005002976411153 |
| 179 | Aliexpress | LXSZD Life Store | 912062517 | 1005002953769562 |
| 179 | Aliexpress | LXSZD Life Store | 912062517 | 1005002953662888 |
| 180 | Aliexpress | Beard Store | 912063036 | 1005003246407413 |
| 180 | Aliexpress | Beard Store | 912063036 | 1005003246413225 |
| 181 | Aliexpress | OK Quality Tools Store | 912063612 | 1005002988478693 |
| 182 | Aliexpress | High quality life xles Store | 912066291 | 1005002967248912 |
| 183 | Aliexpress | Fidget Stress Toy Store | 912069867 | 1005003091581716 |

| 184 | Aliexpress | Party decoration Dropshipping Store | 912070778 | 1005002877803802 |
|---|---|---|---|---|
| 185 | Aliexpress | iSportswear Store | 912070853 | 1005002990060434 |
| 186 | Aliexpress | H-ome & life Store | 912082073 | 1005002807161459 |
| 187 | Aliexpress | Living Dropshipping Store | 912101049 | 1005003085232547 |
| 188 | Aliexpress | Frist An Store | 912152484 | 1005003021354286 |
| 188 | Aliexpress | Frist An Store | 912152484 | 1005003004444471 |
| 189 | Aliexpress | Ameliorate Life Store | 912174486 | 1005003092409392 |
| 190 | Aliexpress | Festive Party Decoration Dropshipping Store | 912197026 | 1005003017855002 |
| 191 | Aliexpress | Sunflowers Houseware Store | 912214105 | 1005003153031184 |
| 192 | Aliexpress | Pink Casual Coffee Life Store | 912250311 | 1005003017557842 |
| 193 | Aliexpress | Farther Together Store | 912270623 | 1005003199097353 |
| 194 | Aliexpress | Mooier Kitchen Accessories Dropshipping Store | 912272489 | 1005003092861317 |
| 195 | Aliexpress | Camping Global Store | 912334020 | 1005003152474130 |
| 196 | Aliexpress | Forward Outdoor Store | 912421111 | 1005003187475502 |
| 197 | Amazon | SunshineFaceStore | A105AW3IG3DWIG | B096KCJJMN |
| 198 | Amazon | Fausm | A10XI6ZQHNVDMH | B091Z1SMK3 |
| 199 | Amazon | fiaoen | A11TTEY1LGPSER | B093LFTHBF |
| 199 | Amazon | fiaoen | A11TTEY1LGPSER | B09CNVKHSK |
| 200 | Amazon | soarflight | A12XTCPGXNW7G4 | B09CNV7PZ4 |
| 201 | Amazon | Coyan | A13QC69CXV99OW | B093LFBHS6 |
| 204 | Amazon | chengCHU | A15IMKG5ODUZLF | B0948X9JCJ |
| 205 | Amazon | haitop | A1B166VTAIL9I | B091YS674Q |
| 206 | Amazon | luoyepiao | A1BYNP314HR4P2 | B0936H2P2S |
| 208 | Amazon | HeJ | A1EXTGQZLFC6N2 | B091PSDDZS |
| 209 | Amazon | Fayomet US | A1FW6N8BLD9RQ8 | B0968GKBTC |
| 210 | Amazon | Meili Snow Mountain | A1HK8IZVDR6T0H | B094MYVTJ5 |
| 211 | Amazon | Fightsong | A1I8XAS933GVIY | B0924KCCCJ |
| 212 | Amazon | Homeriy | A1IDNT93PT2593 | B096K3WFB5 |
| 213 | Amazon | Marile | A1J40VBTEG2DPS | B093LDWXPG |
| 213 | Amazon | Marile | A1J40VBTEG2DPS | B09CNX6LXN |
| 214 | Amazon | Oenbopo_82NA | A1JQE1DSYANHXP | B097QX12S3 |

| 215 | Amazon | Gazechimp | A1KN7E2QTA18DX | B092STV739 |
|---|---|---|---|---|
| 216 | Amazon | linyijiangyuguojimaoyiyouxiangongsi | A1LVTOSRXEC9WQ | B094DMVY9P |
| 217 | Amazon | Mufuny2019 | A1M5HKNNN18R07 | B095YRZVNC |
| 218 | Amazon | Glum | A1ML858C8WDX64 | B09CNWNGXP |
| 219 | Amazon | Zmmlhy™ | A1NPY6OWG28DII | B094FF8YHV |
| 220 | Amazon | SunshineFace | A1NRMM5KS34KFV | B096BGSX6J |
| 221 | Amazon | Naturalflour | A1O5QQ1L0791BG | B093LCXP22 |
| 222 | Amazon | Sengdaa | A1O8AFTYGJJRKY | B096PFRYR9 |
| 223 | Amazon | GFHFHITJ | A1OAB4UK26N0AK | B09CKR6159 |
| 225 | Amazon | Neisaya | A1Q85DN0R4HXTX | B091PPQRTJ |
| 226 | Amazon | KXYou | A1QOXV55A9B6KL | B095LLRB3C |
| 227 | Amazon | LYIBOM | A1T2TLTF86I13S | B094N6ZXLP |
| 228 | Amazon | urdencan | A1UADGBX8WU5UJ | B093LGN8D2 |
| 229 | Amazon | Gananu | A1W1WNBUZZ36RL | B093LDRZBP |
| 230 | Amazon | skyning | A1WOY12EYUFL8G | B093LG3XGN |
| 230 | Amazon | skyning | A1WOY12EYUFL8G | B09CNX3G5J |
| 231 | Amazon | ranchuy | A1X998997QY8BE | B093LGGYSY |
| 232 | Amazon | Bosawa | A1XA8S4LVXM2A7 | B0922H5N7X |
| 233 | Amazon | NXKang | A1YL20KCNGOUAK | B095W4MVKG |
| 234 | Amazon | Dolity | A1Z84CWL7LX7P | B098XHRFKP |
| 235 | Amazon | nishesr | A21ICHQ6FY4T2L | B094C8Q9B4 |
| 236 | Amazon | Tkingd | A21K9NBS90GUA | B093LF63QQ |
| 237 | Amazon | Hengshitong | A21Z3KFX6GZQMK | B092VQ552R |
| 239 | Amazon | NIKER-US | A24L8KD4QH2RJN | B094JQSK7C |
| 240 | Amazon | Pleasay | A26NKP2J8C64E1 | B091TNZW52 |
| 241 | Amazon | ZZAIXHL | A279MTLCHX9LEL | B096KZPLJN |
| 242 | Amazon | HelloCreate Direct | A27KDNFU7BGVS8 | B095X3KXRP |
| 243 | Amazon | xchgru | A281MQ96HJQ1B | B09CQ1BH22 |
| 244 | Amazon | DERCLIVE_115NA | A28I9KCB53GHH3 | B095Y3HW71 |
| 245 | Amazon | Chitectir | A2AT3AUUSZT4FO | B09CNXBBGB |
| 246 | Amazon | Callmebrother | A2AUFMOFVDL476 | B0946SFMGV |
| 247 | Amazon | FENCHUANG | A2B3NPE2D2O5UD | B095795SSS |
| 247 | Amazon | FENCHUANG | A2B3NPE2D2O5UD | B095793T96 |
| 248 | Amazon | Best Daily Shop | A2BI5II2HDIUTV | B09BQRSV7R |
| 248 | Amazon | Best Daily Shop | A2BI5II2HDIUTV | B09BQRSQSJ |
| 249 | Amazon | Qin Xiaomiao | A2CPH881NCUSYY | B096NHHTYS |

| | | | | |
|---|---|---|---|---|
| 251 | Amazon | Nuan yang | A2DEJN766TSLU0 | B0928YRRPB |
| 252 | Amazon | Wallfire | A2DTAI6S8YXG6K | B096M1SFZW |
| 253 | Amazon | Keebbey | A2DY0NYKWLN3SB | B09D3DP7FM |
| 254 | Amazon | southface | A2EMVCE9JZAT7S | B09CDHPF8P |
| 255 | Amazon | zhenhong-US | A2I3PDDY9VGS7N | B094CT9HVC |
| 256 | Amazon | Qxcheng | A2L0Y2TZM6ARA2 | B0946RVL54 |
| 257 | Amazon | jycous | A2L9Z2ZH77BF1I | B0983K5GXV |
| 258 | Amazon | Yunhany Direct | A2LG7NHHELDGZ9 | B096D8L27J |
| 258 | Amazon | yunhanfazhipin | A2LG7NHHELDGZ9 | B096D8L27J |
| 259 | Amazon | Junda | A2ODWVBQRAH6S4 | B0989VVHB9 |
| 260 | Amazon | NISKER | A2U4J22LY1J0D1 | B094JS4KHQ |
| 261 | Amazon | KESLA | A2V8VABFOXW2HG | B09D3DP7FM |
| 261 | Amazon | KESLA | A2V8VABFOXW2HG | B09D3F1Y4N |
| 263 | Amazon | Heao-us | A2WLSPB59UJWUQ | B0953TW6DY |
| 264 | Amazon | jingzhoushashiqudadoudianzishangwuyouxiangongsi | A2YJEIDZIN9MUG | B0948FW5BP |
| 265 | Amazon | SHZONS | A30IET302BUAF2 | B094VB5WN6 |
| 266 | Amazon | Haunny2020 | A30JPPZD3S8HHO | B095YWHGZR |
| 268 | Amazon | Eurobuy18 | A34Y4FI4SPLLGH | B095YDGTKN |
| 269 | Amazon | TOXTOXS | A35DN66Z5ZUX81 | B094F9YF1G |
| 270 | Amazon | juman1 | A364NAPNKREF01 | B092ZSFWD1 |
| 270 | Amazon | juman1 | A364NAPNKREF01 | B092ZTWXQ4 |
| 271 | Amazon | Neesre | A367MVTOTSA32G | B093LCFWSH |
| 272 | Amazon | peraincon | A367P15NPMCR4S | B092MLKW88 |
| 273 | Amazon | canfootem | A36MMOMTQHKS5M | B099M981CG |
| 274 | Amazon | jinjinsheng | A37C1SV9FOEHVY | B095SSN1N3 |
| 275 | Amazon | Per Newly | A37VS54TN5WM4G | B09CNXJF13 |
| 276 | Amazon | triced | A38KIG7ZLGGXP5 | B093LCQFK4 |
| 276 | Amazon | triced | A38KIG7ZLGGXP5 | B09CNX1XF8 |
| 277 | Amazon | Dunyu | A38ZWMKCSVZ30N | B096377S1D |
| 278 | Amazon | bayalmost | A396BJIJ34RUIZ | B092D3VBN1 |
| 279 | Amazon | Hoyand | A39D343F2KB4QU | B09924TNNR |
| 280 | Amazon | Gemf | A39YL9AQUZ5PQ7 | B093LD7383 |

| 281 | Amazon | reakfaston | A3AJAADU60Q245 | B095P6R2TS |
|---|---|---|---|---|
| 282 | Amazon | Orfilaa | A3BMRNAFZLUZ49 | B09CKR1SPG |
| 283 | Amazon | Baoblaze | A3C8YKGW3F5UNV | B092T4VXN6 |
| 284 | Amazon | prettyia | A3DIOZUO8I3XBI | B097HK8NP5 |
| 285 | Amazon | Guolingkaka | A3E3HNGW48PWYT | B0946RPGW1 |
| 286 | Amazon | HeBeiLingCaiWangLuoJiShuFuWuYouXianGongSi | A3ECKJ92ERXO3T | B0921SMBW5 |
| 287 | ■■■ | ■■■ | ■■■ | ■■■ |
| 288 | Amazon | CovcowCovcow | A3L31YXQ0ZOY6H | B092ZQB85X |
| 289 | Amazon | Hruitech2020 | A3LJHO04A0JZLH | B098LBH33K |
| 290 | Amazon | Owlike | A3OYWSRILRFVTO | B095WR2RJR |
| 291 | Amazon | Yuanxitop | A3Q8VONF5CSK71 | B096LRHM74 |
| 292 | Amazon | LOVIVER US | A3UFJ625H0BCOC | B097LDSBF9 |
| 293 | Amazon | OhhGo-Store | A5JHBEJT8111Z | B098QMGM1B |
| 293 | Amazon | OhhGo-Store | A5JHBEJT8111Z | B099RXLW6T |
| 294 | Amazon | Whewer | A5U3UF8IR2GHM | B09FJWP2CP |
| 295 | Amazon | crkeen | A6B37XCB5OVS4 | B091Q3TVV6 |
| 296 | Amazon | ladmanner | AACWU9EV5536F | B093LF8JBM |
| 297 | Amazon | unstash | AB8EZH6H6SLD | B091YYF71Z |
| 297 | Amazon | unstash | AB8EZH6H6SLD | B091YYF71Z |
| 298 | Amazon | yichangp21 | ABSMDBO2HMTX0 | B0946MQXCL |
| 299 | Amazon | DERCLIVE Direct | ACMS3PCBA2EMU | B095Y3HW71 |
| 300 | Amazon | rowna | ADG7V0LS1F890 | B09CNXCF7M |
| 301 | Amazon | SHUDI2021 | AE7FLGJNAF45N | B095XWYJXK |
| 302 | Amazon | WHLR381 | AFJK8J71QTRPM | B09958BH61 |
| 303 | Amazon | YOUYO-NA | AGBXL7ALP0WDQ | B098F3NMR4 |
| 303 | Amazon | YOUYO-NA | AGBXL7ALP0WDQ | B098F3Z4Z3 |
| 304 | Amazon | Clearful | AH4TS9OLG1IGE | B09CNVMW3J |
| 305 | Amazon | Strade e-Store | AH6IG80VAB55C | B092R5G12J |
| 306 | Amazon | tutdale | AHW9UQOVF0UUM | B095SW39H5 |
| 307 | Amazon | Michakie | AIA8FQE6AF1X9 | B092ZRW1GN |
| 308 | ■■■ | ■■■ | ■■■ | ■■■ |
| 309 | Amazon | tuyRtu | AM7YMZDTHSUXT | B094Q1KQ7C |
| 310 | Amazon | neutronet | AMUO8FLE8MOT9 | B093LGH3F9 |
| 310 | Amazon | neutronet | AMUO8FLE8MOT9 | B09CNYMYMR |
| 311 | Amazon | YGBF | APMB7JS7MKINV | B095HWY14T |
| 312 | Amazon | humorux | AQ96SQ3NNFW0S | B093LD1JHN |
| 313 | Amazon | Wolyer | ARG438948QMEF | B096KGGLNP |
| 314 | Amazon | FAMKIT | ATPEX19KHQO66 | B095XTLNHT |
| 315 | Amazon | slientC | AWUEMNN9DNYE4 | B093T1825W |
| 316 | Amazon | LOOCOO-NA | AWYK0LD0PUT6P | B09DFW5574 |
| 316 | Amazon | LOOCOO-NA | AWYK0LD0PUT6P | B09DFXCBMG |
| 316 | Amazon | LOOCOO-NA | AWYK0LD0PUT6P | B09DFW5574 |

| | | | | |
|---|---|---|---|---|
| 318 | Amazon | HeBeiXieYingDianZiKeJiYouXianGongSi | AXUFF3GWDEWG5 | B0922CG5GV |
| 319 | Amazon | Flameer | AZ2JH4JEEW7BW | B092J4RBQX |
| 320 | Amazon | benedictary | AZ6YWH97MLJ0L | B093LDNH5B |
| 321 | Amazon | Blueyouth | AZD4OCYD19NF7 | B0957BVFYT |
| 322 | DHgate | jiguan Store | 20058980 | 696228958 |
| 323 | DHgate | Wwitty21 | 21634695 | 719984279 |
| 324 | DHgate | zhouyufang | 21635130 | 704847349 |
| 325 | DHgate | miyuefang Store | 21635135 | 704850597 |
| 326 | eBay | amireuxu | amireuxu | 384314806984 |
| 327 | eBay | daguyuta | daguyuta | 133754536369 |
| 328 | eBay | designinstitute | designinstitute | 234107877934 |
| 328 | eBay | designinstitute | designinstitute | 234107877810 |
| 329 | eBay | dumbenyu | dumbenyu | 184823069980 |
| 330 | eBay | hantune | hantune | 313567789521 |
| 331 | eBay | kitchenlover | kitchenlover | 402872423191 |
| 332 | eBay | new_eco_mart | new_eco_mart | 402832557053 |
| 333 | eBay | przone97 | przone97 | 124747970112 |
| 334 | eBay | rearrange518 | rearrange518 | 234063343734 |
| 335 | eBay | shuctm | shuctm | 294285498506 |
| 336 | eBay | target_home | target_home | 393558978424 |
| 337 | eBay | thamesmall | thamesmall | 203549389651 |
| 338 | eBay | tiger.vzu | tiger.vzu | 274818946339 |
| 339 | eBay | wadddasan0 | wadddasan0 | 353506392888 |
| 340 | eBay | winvery | winvery | 303978260562 |
| 341 | eBay | yanihouse | yanihouse | 124713492962 |
| 342 | eBay | yhxclx2010 | yhxclx2010 | 174813961983 |
| 343 | eBay | zhidedede | zhidedede | 304095628027 |
| 344 | Shopify | circlelinely | circlelinely.com | 50-caliber-bullet-shot-glasses |
| 345 | Wish | basking | 5951ee1dc2508126e0c5d7e6 | 60cc6a828efb875e499b4f37 |
| 346 | Wish | baixiaomei1 | 5999a5eb0415f86aebdafcff | 609e3adc9cb82b7a6bf98b79 |
| 347 | Wish | zhaozena | 5a54807a7dee4a0d4a1ef5cc | 608a74bf052af1aa61aa1204 |
| 348 | Wish | chenliweia | 5b5947b681d17f2f1e6b3575 | 60a5cea006ea3c54e0d85b21 |
| 349 | Wish | nativeeast | 5fce985f1b3ca391133a2a3a | 60bb0d16d3466bddbccb55a9 |
| 350 | Wish | Tobys St-tore | 5fd28366e2ffdf350da7c044 | 60a97a615bb6894d8db399ea |

| 351 | Wish | qsjsg | 5fe97b3bed26a00cf9e6ab7d | 60cc6a82ae06546c94f372d9 |
|---|---|---|---|---|
| 352 | Wish | rtudy | 5ff41dbaded4df4d2923e516 | 60cc6a8352e421aac873573e |
| 353 | Wish | rnggu | 5ffbe9d1081bd606ba20866b | 60cc6a83976d47630f429c8a |
| 354 | Wish | goyuc | 60016d1ce59c924fbfe80469 | 60cc6a82a444b96f032c494a |